**FILED**

06/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0420

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0420

_____

RASTA KHALID WALID,

      Plaintiff and Appellant,

    v.

STATE OF MONTANA, ATTORNEY
GENERAL, DEPARTMENT OF PUBLIC
HEALTH AND HUMAN SERVICES,
CHILD SUPPORT ENFORCEMENT
DIVISION, OFFICE OF THE
ADMINISTRATIVE LAW JUDGE,

      Defendants and Appellees.

O R D E R

Appellant Rasta Khalid Walid was granted an extension of time to file and serve the opening brief on or before May 7, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than July 3, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice. No further extensions will be granted.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 5 2024